# Executive Grant of Clemency

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

**AFTER CONSIDERING THE APPLICATIONS** for executive clemency of each of the following named persons, I hereby commute the total sentence of imprisonment each of the following named persons is now serving to expire on **October 27, 2018**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence. I also direct the Bureau of Prisons to make immediately available to each named person the Residential Drug Abuse Program (RDAP). Further, I condition the grant of commutation to each of the following named persons on that person enrolling in the RDAP program by written agreement, as evidenced by that person's signing, within 14 days of that person's receipt of a certified copy of this document, a receipt verifying his or her acceptance of the commutation granted with all of its conditions, including enrollment in RDAP:

| | |
|---|---|
| **Kevin Bivins** | Reg. No. 10449-055 |
| **Wallace Bourgeois, Jr.** | Reg. No. 23449-034 |
| **James Holman Browning, Jr.** | Reg. No. 20868-057 |
| **Anthony D. Dorsey** | Reg. No. 19790-045 |
| **Juan Antonio Duenas** | Reg. No. 19591-179 |
| **Charlton Oriaso Esekhigbe** | Reg. No. 16741-179 |
| **John Aundo Gamble** | Reg. No. 10522-171 |
| **Arandal Derrick Goodley** | Reg. No. 76598-080 |
| **Wayne Gross** | Reg. No. 22440-044 |
| **Jamar Henry** | Reg. No. 13862-026 |
| **James Holmes** | Reg. No. 24594-001 |
| **Edward Monroe Little** | Reg. No. 19294-058 |
| **Thomas Lee Miller** | Reg. No. 08971-029 |
| **Antonio D. Patrick** | Reg. No. 18288-076 |
| **George Pearson, Jr.** | Reg. No. 41405-018 |
| **Brett Rolland Poore** | Reg. No. 64830-080 |
| **Alicia Siller** | Reg. No. 30235-177 |
| **Oscar A. Smith, Jr.** | Reg. No. 11134-171 |
| **Gary Don Starnes** | Reg. No. 35760-044 |
| **Carlos Stuckey** | Reg. No. 26692-018 |
| **Michael Dewayne Tensley** | Reg. No. 06359-017 |
| **Lenthius D. Thomas** | Reg. No. 21398-018 |
| **Stanley D. Thomasson** | Reg. No. 23505-044 |
| **Danny Demar Turner** | Reg. No. 05931-090 |
| **Mark Walker** | Reg. No. 17035-045 |
| **Anthony K. Williams** | Reg. No. 08476-028 |

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to expire on **October 27, 2018**. I also remit the unpaid balance of the fine or restitution obligation imposed by the court on each respective person. I leave intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence. I also direct the Bureau of Prisons to make available to each named person the Residential Drug Abuse Program (RDAP) at an appropriate time before his or her prison sentence expires. Further, I condition the grant of commutation to each of the following named persons on that person enrolling in the RDAP program by written agreement, as evidenced by that person's signing, within 14 days of that person's receipt of a certified copy of this document, a receipt verifying his or her acceptance of the commutation granted with all of its conditions, including enrollment in RDAP:

**Randall C. Moyer**          Reg. No. 11559-081
**Tony O'Neal Johnson**       Reg. No. 82365-080

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **188 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence. I also direct the Bureau of Prisons to make available to each named person the Residential Drug Abuse Program (RDAP) at an appropriate time before his or her prison sentence expires. Further, I condition the grant of commutation to each of the following named persons on that person enrolling in the RDAP program by written agreement, as evidenced by that person's signing, within 14 days of that person's receipt of a certified copy of this document, a receipt verifying his or her acceptance of the commutation granted with all of its conditions, including enrollment in RDAP:

**Anthony Pender**            Reg. No. 39226-037
**Darrell E. Robinson**       Reg. No. 15763-097

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **240 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence. I also direct the Bureau of Prisons to make available to each named person the Residential Drug Abuse Program (RDAP) at an appropriate time before his or her prison sentence expires. Further, I condition the grant of commutation to each of the following named persons on that person enrolling in the RDAP program by written agreement, as evidenced by that person's signing, within 14 days of that person's receipt of a certified copy of this document, a receipt verifying his or her acceptance of the commutation granted with all of its conditions, including enrollment in RDAP:

**Robert A. Hearn**           Reg. No. 14609-026
**Bradley Lee Winters**       Reg. No. 07817-029
**Otis McRay**                Reg. No. 29304-018
**Robert Wettstain**          Reg. No. 10623-033

I hereby further commute the total sentence of imprisonment each of the following named persons is now serving to a term of **262 months' imprisonment**, leaving intact and in effect for each named person the term of supervised release imposed by the court with all its conditions and all other components of each respective sentence. I also direct the Bureau of Prisons to make available to each named person the Residential Drug Abuse Program (RDAP) at an appropriate time before his or her prison sentence expires. Further, I condition the grant of commutation to each of the following named persons on that person enrolling in the RDAP program by written agreement, as evidenced by that person's signing, within 14 days of that person's receipt of a certified copy of this document, a receipt verifying his or her acceptance of the commutation granted with all of its conditions, including enrollment in RDAP:

**Terrance Ramon Merritt**         Reg. No. 06576-017
**Kevin Washington**               Reg. No. 50112-056


I hereby further commute the total sentence of imprisonment imposed upon **David Alan Aldridge**, Reg. No. 09859-180, to a term of **151 months' imprisonment**. I also remit the unpaid balance of the $35,000 fine imposed upon him. I leave intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence. I also direct the Bureau of Prisons to make available to the said **David Alan Aldridge**, Reg. No. 09859-180, the Residential Drug Abuse Program at an appropriate time, before his prison sentence expires. Further, I condition this grant of commutation to the said **David Alan Aldridge**, Reg. No. 09859-180, on him enrolling in RDAP by written agreement, as evidenced by his signing, within 14 days of his receipt of a certified copy of this document, a receipt verifying his acceptance of the commutation granted with all of its conditions, including enrollment in RDAP.


I hereby further commute the total sentence of imprisonment imposed upon **Kevin Wayne Daniels**, Reg. No. 18178-280, to a term of **175 months' imprisonment**. I leave intact and in effect the 10-year term of supervised release with all its conditions, and all other components of the sentence. I also direct the Bureau of Prisons to make available to the said **Kevin Wayne Daniels**, Reg. No. 18178-280, the Residential Drug Abuse Program (RDAP) at an appropriate time, before his prison sentence expires. Further, I condition this grant of commutation to the said **Kevin Wayne Daniels**, Reg. No. 18178-280, on him enrolling in RDAP by written agreement, as evidenced by his signing, within 14 days of his receipt of a certified copy of this document, a receipt verifying his acceptance of the commutation granted with all of its conditions, including enrollment in RDAP.

I hereby further commute the total sentence of imprisonment imposed upon **Bobby Earl Lee**, Reg. No. 17182-018, to a term of **360 months' imprisonment**. I leave intact and in effect all other components of the sentence. I also direct the Bureau of Prisons to make available to the said **Bobby Earl Lee**, Reg. No. 17182-018, the Residential Drug Abuse Program (RDAP) at an appropriate time, before his prison sentence expires. I also direct the Bureau of Prisons to place the said **Bobby Earl Lee**, Reg. No. 17182-018, on prerelease custody during the final year of his sentence. Further, I condition this grant of commutation to the said **Bobby Earl Lee**, Reg. No. 17182-018, on him enrolling in RDAP by written agreement, as evidenced by his signing, within 14 days of his receipt of a certified copy of this document, a receipt verifying his acceptance of the commutation granted with all of its conditions, including enrollment in RDAP. I also direct the Bureau of Prisons to place the said **Bobby Earl Lee**, Reg. No. 17182-018, on prerelease custody during the final year of his sentence

I hereby further commute the total sentence of imprisonment imposed upon **Brandon Terrell Stevenson**, Reg. No. 20548-017, to a term of **210 months' imprisonment**. I leave intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence. I also direct the Bureau of Prisons to make available to the said **Brandon Terrell Stevenson**, Reg. No. 20548-017, the Residential Drug Abuse Program (RDAP) at an appropriate time, before his prison sentence expires. Further, I condition this grant of commutation to the said **Brandon Terrell Stevenson**, Reg. No. 20548-017, on him enrolling in RDAP by written agreement, as evidenced by his signing, within 14 days of his receipt of a certified copy of this document, a receipt verifying his acceptance of the commutation granted with all of its conditions, including enrollment in RDAP.

I hereby further commute the total sentence of imprisonment imposed upon **William Abel Yates**, Reg. No. 19206-057, to a term of **300 months' imprisonment**. I leave intact and in effect the 10-year term of supervised release with all its conditions and all other components of the sentence. I also direct the Bureau of Prisons to make available to the said **William Abel Yates**, Reg. No. 19206-057, the Residential Drug Abuse Program (RDAP) at an appropriate time, before his prison sentence expires. Further, I condition this grant of commutation to the said **William Abel Yates**, Reg. No. 19206-057, on him enrolling in RDAP by written agreement, as evidenced by his signing, within 14 days of his receipt of a certified copy of this document, a receipt verifying his acceptance of the commutation granted with all of its conditions, including enrollment in RDAP.

      I hereby further commute the total sentence of imprisonment imposed upon **Donald Jamal Wilson**, Reg. No. 08191-088, to a term of **188 months' imprisonment**. I leave intact and in effect all other components of the sentence. I also direct the Bureau of Prisons to make available to the said **Donald Jamal Wilson**, Reg. No. 08191-088, the Residential Drug Abuse Program (RDAP) at an appropriate time, before his prison sentence expires. I also direct the Bureau of Prisons to place the said **Donald Jamal Wilson**, Reg. No. 08191-088, on prerelease custody during the final year of his sentence. Further, I condition this grant of commutation to the said **Donald Jamal Wilson**, Reg. No. 08191-088, on him enrolling in RDAP by written agreement, as evidenced by his signing, within 14 days of his receipt of a certified copy of this document, a receipt verifying his acceptance of the commutation granted with all of its conditions, including enrollment in RDAP. I also direct the Bureau of Prisons to place the said **Donald Jamal Wilson**, Reg. No. 08191-088, on prerelease custody during the final year of his sentence

      **THIS GRANT SHALL** become effective as to each of the above-named persons only upon the delivery and presentment of a certified copy of this document to that person and upon that person's acceptance of the conditional terms of the grant. I further direct that once the receipt has been signed by the grant recipient, the Bureau of Prisons shall immediately forward an ELECTRONIC COPY of the receipt to the Office of the Pardon Attorney, which will deliver that copy to appropriate personnel in the Bureau of Prisons Designation and Sentence Computation Center, who will recalculate the projected release dates of each respective recipient. Failure of a person to sign the receipt and accept the conditional terms of the commutation grant will render the grant of commutation null and void only as to the person who rejected the grant, and not to all persons named herein.

      **I HEREBY DESIGNATE**, direct, and empower the Pardon Attorney, as my representative, to deliver to the Bureau of Prisons a certified copy of the signed warrant as evidence of my action in order to carry into effect the terms of these grants of clemency, and to deliver a certified copy of the signed warrant to each of the persons to whom I have granted clemency as evidence of my action.

      **IN TESTIMONY WHEREOF** I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



*Done at the City of Washington this Twenty-seventh day of October in the year of our Lord Two thousand and sixteen and of the Independence of the United States the two hundred and forty-first.*

**BARACK OBAMA**
**President**